STATE OF NEW JERSEY v. CARMEN MANGANARO.

May 5, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. HOWARD R. LIPINSKI.

May 5, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. H. L. JOHNSON.

May 5, 1980.

Petition for certification denied.